UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONICA STAN,

        Plaintiff,

    v.

JAMES A. CHRISS, et al.,

        Defendants.

Case No.  26-cv-04330-EKL

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to *In re: PayPal Branded Checkout Securities Litigation*, No. 26-cv-01589-JSC.

**IT IS SO ORDERED.**

Dated: June 5, 2026

_____
EUMI K. LEE
United States District Judge